# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 16-7096 | September Term, 2016 |
| | 1:16-cv-00126-RC |
| | **Filed On:** April 18, 2017 |

Dennis L. Montgomery,

    Appellant

  v.

James Risen, et al.,

    Appellees

## O R D E R

Upon consideration of the motion for leave to file a brief as amici curiae in support of appellees filed by the Reporters Committee for Freedom of the Press and thirty-five media organizations, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged amici brief.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

        BY:    /s/
                     Ken Meadows
                     Deputy Clerk