# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 16-7096**  September Term, 2016

1:16-cv-00126-RC

Filed On: August 29, 2017 [1690505]

Dennis L. Montgomery,

    Appellant

  v.

James Risen, et al.,

    Appellees

**BEFORE:** Griffith and Pillard, Circuit Judges; Edwards, Senior Circuit Judge

### O R D E R

The court concludes, on its own motion, that oral argument will not assist the court in this case. Accordingly, the court will dispose of the appeal without oral argument on the basis of the record and the presentations in the briefs. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:    /s/
        Michael C. McGrail
        Deputy Clerk