# United States Court of Appeals
### For The District Of Columbia Circuit

_____

**No. 16-7096**　　　　　　　　　　　　　　　　　**September Term, 2017**

**1:16-cv-00126-RC**

**Filed On: September 26, 2017** [1694854]

Dennis L. Montgomery,

    Appellant

  v.

James Risen, et al.,

    Appellees

**BEFORE:**　Griffith and Pillard, Circuit Judges; and Edwards, Senior Circuit Judge

## O R D E R

Upon consideration of appellant's renewed request for oral argument, it is

**ORDERED** that the request be denied.

### Per Curiam

                **FOR THE COURT:**
                Mark J. Langer, Clerk

    BY:　/s/
           Michael C. McGrail
           Deputy Clerk